**Order entered November 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00822-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is court reporter Antoinette Varela's November 12, 2018 second request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until **December 12, 2018**. If Ms. Varela fails to file the record by December 12, 2018, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Raymond G. Wheless, Presiding Judge, 366th Judicial District Court; to Antoinette Varela, official court reporter, 366th Judicial District Court; and to counsel for the parties.

/s/    LANA MYERS
        JUSTICE